# ATTACHMENT 1

FILED/REC'D

2026 JUN 23 P 2: 15

CLERK OF COURT
U.S. ...... COURT
W....

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

IN THE UNITED STATES DISTRICT COURT

FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Chevonne "CeCe" Pollard

P.O. Box 260094

MADISON, WI 53726

vs

Case Number: 26 CV 579 WMC

(Full name of defendant(s))

University of Wisconsin Hospital

Attn: Ellen S. Hughes
Corporate Counsel
600 Highland Avenue

Madison, WI 53792

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of __WISCONSIN__ and resides at
     (State)

__P.O. BOX 260094, MADISON, WI 53726.__
                    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant _Ellen Hughes, Corporate Counsel for UW Hospital,_

Amy Marver, Former Supervisor,

(Name)

is (if a person or private corporation) a citizen of _WISCONSIN_

(State, if known)

and (if a person) resides at _600 Highland Avenue, Madison, WI_

(Address, if known) 53792

and (if the defendant harmed you while doing the defendant's job)

worked for _University of Wisconsin Hospital_

_600 Highland Avenue_        (Employer's name and address, if known)

_Madison, WI 53792_

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

My former supervisor AMY MARVER continuously violated my rights by discriminating against me between (roughly) 2023-2025. After reaching out to upper management, Connie Allen, meeting with her on several occasions she continued to target me. Amy's targeting appeared after she

found out my backround (MA degree and teaching),

Amy would frequently call me at home after a shift after she had talked to other team leader or staffers to confirm my work quality.

Amy consistently gave me low ratings on annual reviews; all prior managers gave me 'exceed ratings.

Amy harmed at the UW Hospital, Madison, WI., specifically during and after my work shift.

It is my professional opinion, observation and insight that Amy against due to her lack of experience dealing with an African-American with an advanced education, professionally engaged in a variety of settings.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

Due to continuous stress from Army
Marver that caused health problems
I resigned my position 3/25.
I would like to be compensated
in a way that is equitable that
includes benefits and pension,

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                              OR
☒    Court Trial – I want a judge to hear my case

Dated this ___23ʳᵈ___ day of ___June___ 20 26 .

Respectfully Submitted,

_Cpwonne Pollard_
Signature of Plaintiff

___415-609-6973___
Plaintiff's Telephone Number

_cece pollard 50@gmail.com_
Plaintiff's Email Address

___P. O. Box 609 · 260094___
___Madison, WI 53726___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5